---o---

SAMUEL W. CLAPP, Respondent, *vs.* DEMUS D. WARD, Adm'r of JOHN D. MEREDITH, dec'd, Appellant.

1. Curtis vs. Same, *ante* p. 295, affirmed.

*Appeal from Sixth District Court.*

*Henderson & Shields,* for Appellant.

*James Carr,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is in all respects similar to the case of Curtis vs. Ward, Adm'r, decided at this term, and in accordance with the principles there laid down, the judgment must be reversed; the other judges concur.